```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TPTCC NY, INC., THE PROTON INSTITUTE
OF NY, LLC, NY MEDSCAN LLC,

                    Plaintiffs,                         10 **CIVIL** 7097 (JSR)

      -against-                                 **JUDGMENT**

RADIATION THERAPY SERVICES, INC., et al.,
                    Defendants.
-----------------------------------------------------------X

      Whereas on May 17, 2011, this Court having entered judgment dismissing plaintiffs' federal and state law claims; on December 30, 2011, the Second Circuit having affirmed in part, reversed in part, and remanded to this Court for entry of an order dismissing plaintiffs' state law claims without prejudice, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on January 31, 2012, having rendered its Order vacating the prior judgment and directs the Clerk to enter judgment dismissing plaintiffs' federal law claims with prejudice and dismissing plaintiffs' state law claims without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2012, this Court vacates the prior judgment, and enters judgment dismissing plaintiffs' federal law claims with prejudice and dismissing plaintiffs' state law claims without prejudice.

**Dated:** New York, New York
         January 31, 2012

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                      BY:

                                                      **Deputy Clerk**

                            THIS DOCUMENT WAS ENTERED
                            ON THE DOCKET ON _____